PEOPLE *v.* HEMINGWAY.  Appeal from Recorder's Court of Detroit, Robert L. Evans, J.  Submitted Division 1 September 14, 1971, at Lansing.  (Docket No. 9792.)  Decided September 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Patricia J. Boyle*, Assistant Prosecuting Attorney, for the people.

*A. Ross MacEwen*, for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

Memorandum Opinion. Defendant was convicted in Detroit Recorder's Court by a judge sitting without a jury of possession of marijuana and appeals as of right. The people move to affirm the conviction.

Upon study of the briefs and records, it is manifest that the issue raised on appeal is so unsubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.